# ATTACHMENT A

## BANK ACCOUNTS

1. All assets held in account number 7881380320, in the name of Megaupload Limited, at DBS Bank Limited in Hong Kong, and all interest, benefits, or assets traceable thereto;

2. All assets held in account number 59378921, in the name of Kim Tim Jim Vestor, at Citibank in Hong Kong, and all interest, benefits, or assets traceable thereto;

3. All assets held in account number 59378948, in the name of Kim Tim Jim Vestor, at Citibank in Hong Kong, and all interest, benefits, or assets traceable thereto;

4. All assets held in account number 23749938, in the name of Kim Tim Jim Vestor, at Citibank in Hong Kong, and all interest, benefits, or assets traceable thereto;

5. All assets held in account number 7883024440, in the name of Megapay Limited, at DBS Bank Limited in Hong Kong, and all interest, benefits, or assets traceable thereto;

6. All assets held in account number 7881226160, in the name of Vestor Limited, at DBS Bank Limited in Hong Kong, and all interest, benefits, or assets traceable thereto;

7. All assets held in account number 3520894, in the name of Megamedia Limited, at DBS Vickers Bank Limited in Hong Kong, and all interest, benefits, or assets traceable thereto;

8. All assets held in account number 813010204833, in the name of Mathias Ortmann, at Hong Kong Shanghai Bank (HSBC) Limited in Hong Kong, and all interest, benefits, or assets traceable thereto;

9. All assets held in account number 083643403833, in the name of Bram van der Kolk, at Hong Kong Shanghai Bank (HSBC) Limited in Hong Kong, and all interest, benefits, or assets traceable thereto;

10. All assets held in account number 491538187833, in the name of Sven Echternach, at Hong Kong Shanghai Bank (HSBC) in Hong Kong, and all interest, benefits, or assets traceable thereto;

11. All assets held in account number 083643379833, in the name of Julius Bencko, at Hong Kong Shanghai Bank (HSBC) Limited in Hong Kong, and all interest, benefits, or assets traceable thereto;

12. All assets held in account number 503584435833, in the name of Finn Batato, at Hong Kong Shanghai Bank (HSBC) Limited in Hong Kong, and all interest, benefits, or assets traceable thereto;

13. All assets held in account number 954520008434, in the name of Mathias Ortmann, at Industrial and Commerce Bank of China (ICBC) in Hong Kong, and all interest, benefits, or assets traceable thereto;

14. All assets held in account number 123107006652100, in the name of Kim Tim Jim Vestor, at ASB Bank Limited in New Zealand, and all interest, benefits, or assets traceable thereto;

15. All assets held in account number 011839015545900, in the name of Megastuff Limited, at ANZ National Bank in New Zealand, and all interest, benefits, or assets traceable thereto;

16. All assets held in account number 30293401266420088, in the name of Bram van der Kolk, at Hong Kong Shanghai Bank (HSBC) Limited in New Zealand, and all interest, benefits, or assets traceable thereto;

17. All assets held in account number 020192009920004, in the name of Cleaver Richards Limited Trust Account for Megastuff Limited, at Bank of New Zealand (BNZ), and all interest, benefits, or assets traceable thereto;

18. All assets held in account number 0301040943847002, in the name of Simpson Grierson Trust Account holder Kim Dotcom, at Westpac Banking in New Zealand, and all interest, benefits, or assets traceable thereto;

## FINANCIAL INSTRUMENTS

19. All assets held in holder number 14824385, in the name of Kim Dotcom, at Computershare Investor Services Limited, and all interest, benefits, or assets traceable thereto;

## REAL PROPERTY

20. The property at 5G The Prom, Coatesville, Auckland 0793, New Zealand, being all that parcel of land on Certificate of Title number 341889, and all interest, benefits, or assets traceable thereto;

21. The property at 5H The Prom, Coatesville, Auckland 0793, New Zealand, being all that parcel of land on Certificate of Title number 341890 on Deposit Plan 385357, and all interest, benefits, or assets traceable thereto;

## VEHICLES

22. 2009 Calcite White Mercedes Benz E500 Coupe, VIN WDD2073722F019582, and including License Plate "FEG690", and all interest, benefits, or assets traceable thereto;

23. 2005 Silver Mercedes Benz CLK DTM, VIN WDB2093422F165517, and including License Plate "GOOD", and all interest, benefits, or assets traceable thereto;

24. 2010 Black Mini Cooper S Coupe, VIN WMWZG3200TZ03648, and including License Plate "T", and all interest, benefits, or assets traceable thereto;

25. 2010 Black Mini Cooper S Coupe, VIN WMWZG3200TZ03651, and including License Plate "V", and all interest, benefits, or assets traceable thereto;

26. 2010 Mercedes Benz ML63 AMG, VIN WDC1641772A542449, and including License Plate "GUILTY", and all interest, benefits, or assets traceable thereto;

27. 2011 Black Toyota Hilux, VIN MROFZ29G001599926, and including License Plate "FSN455", and all interest, benefits, or assets traceable thereto;

28. 2010 Black Mercedes Benz CL63 AMG, VIN WDD2163742A026653, and including License Plate "HACKER", and all interest, benefits, or assets traceable thereto;

29. Victor Conti Dutch Angel – Bike, NZ ID# 546420, and all interest, benefits, or assets traceable thereto;

30. 2004 Silver Mercedes Benz CLK DTM AMG 5.5L Kompressor, VIN WDB2093422F166073, and including License Plate "EVIL", and all interest, benefits, or assets traceable thereto;

31. 2010 Black Mercedes Benz AMG, VIN WDD2120772A103834, and including License Plate "STONED", and all interest, benefits, or assets traceable thereto;

32. 2009 Black Mercedes Benz ML63 AMG, VIN WDC1641772A486965, and including License Plate "MAFIA", and all interest, benefits, or assets traceable thereto;

33. 1957 Black Cadillac El Dorado, VIN 5770137596, and all interest, benefits, or assets traceable thereto;

34. 1959 Pink Cadillac Series 62 Convertible, VIN 59F115669, and all interest, benefits, or assets traceable thereto;

35. 2010 Black Mercedes Benz S65 AMG, VIN WDD2211792A324354, and including License Plate "CEO", and all interest, benefits, or assets traceable thereto;

36. 2010 Black Mercedes Benz CL65 AMG, VIN WDD2163792A025130, and including License Plate "KIMCOM", and all interest, benefits, or assets traceable thereto;

37. 2008 Black Rolls Royce Phantom Coupe, VIN SCA2D68098UH07049, and including License Plate "GOD", and all interest, benefits, or assets traceable thereto;

38. 2011 Black Mercedes Benz G55 AMG, VIN WDB4632702X193395, and including License Plate "POLICE", and all interest, benefits, or assets traceable thereto;

39. 2010 Black Toyota Vellfire V6, VIN 7AT0H65MX11041670, and including License Plate "WOW", and all interest, benefits, or assets traceable thereto;

40. 2011 Mercedes Benz G55 AMG, VIN WDB4632702X191902, and including License Plate "GDS672", and all interest, benefits, or assets traceable thereto;

41. 2005 Silver Mercedes Benz A170, VIN WDD1690322J184595, and including License Plate "FUR252", and all interest, benefits, or assets traceable thereto;

42. 2005 Silver Mercedes Benz ML500, VIN WDC1641752A026107, and including License Plate "DFF816", and all interest, benefits, or assets traceable thereto;

43. 2004 Silver Mercedes Benz CLK DTM Cabriolet, VIN WDB2094421T067269, and all interest, benefits, or assets traceable thereto;

## MISCELLANEOUS

44. Four 2010 Sea-Doo GTX Jet Skis, VINS YDV03103E010, YDV00375L910, YDV00385L910, & YDV03091E010, and all interest, benefits, or assets traceable thereto;

45. Sharp 108" LCD Display Television, and all interest, benefits, or assets traceable thereto;

46. Three Samsung 820DXN 82" LCD Televisions, and all interest, benefits, or assets traceable thereto;

47. Devon Works LLC, Tread #1 Time Piece, and all interest, benefits, or assets traceable thereto; and

48. In High Spirits by Olaf Mueller Photographs from the Cat Street Gallery, and all interest, benefits, or assets traceable thereto.