IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       Plaintiff, )<br>v. )<br>ALL ASSETS )<br>LISTED IN ATTACHMENT A, )<br>AND ALL INTEREST, BENEFITS, )<br>AND ASSETS TRACEABLE THERETO, )<br>       Defendants *in Rem*. )<br>_____) | Civil Action No.: 1:14-cv-000969-LO-TRJ |

## VERIFIED CLAIM OF KIM DOTCOM

Kim Dotcom (the "Claimant") hereby files this Verified Claim pursuant to Rule 5(G)(a) of the Supplemental Admiralty and Maritime Claims (the "Supplemental Rules") and Title 18 U.S.C. Section 983(a)(4).

Pursuant to Rule E(8) of the Supplemental Rules, Actions In Rem and Quasi In Rem General Provisions, I appear before this Court for the limited purpose of asserting a claim in the captioned-above *in rem* action initiated by the Government. My appearance does not constitute an appearance for the purpose of any other claim or consent to the jurisdiction of this court or any other court.

I.   **SPECIFIC PROPERTY CLAIMED**

   A.   <u>Bank Accounts</u>

      1.   All funds in account number 59378921, at Citibank in Hong Kong (the "Citi 8921 account").

      2.   All funds in account number 59378948, at Citibank in Hong Kong (the "Citi 8948 account").

1



3. All funds in account number 23749938, at Citibank in Hong Kong (the "Citi 9938 account").

4. All funds in account number 123107006652100, at ASB Bank Limited in New Zealand (the "ASB account").

5. All funds in account number 0301040943847002, at Westpac Banking in New Zealand (the "Westpac account").

B. **Financial Instrument**

1. All assets held in holder number 14824385, at Computershare Investor Services Limited (the "Computershare account").

C. **Real Estate Properties**

1. The property at 5G The Prom, Coatesville, Auckland 0793, New Zealand, being all that parcel of land on Certificate of Title number 341889 ("Property 1").

2. The property at 5H The Prom, Coatesville, Auckland 0793, New Zealand, being all that parcel of land on Certificate of Title number 341890 on Deposit Plan 385357 ("Property 2).

D. **Vehicles**

1. 2009 Calcite White Mercedes Benz E500 Coupe, VIN WDD2073722F019582, and including License Plate "FEG690" ("Vehicle 1").

2. 2005 Silver Mercedes Benz CLK DTM, VIN WDB2093422F165517, and including License Plate "GOOD" ("Vehicle 2").

3. 2011 Black Toyota Hilux, VIN MROFZ29G001599926, and including License Plate "FSN455" ("Vehicle 3").

4. 2010 Black Mercedes Benz CL63 AMG, YIN WDD2163742A026653, and including License Plate "HACKER" ("Vehicle 4").

5. Victor Conti Dutch Angel — Bike, NZ ID# 546420 ("Vehicle 5").

6. 2004 Silver Mercedes Benz CLK DTM AMG 5.5L Kompressor, YIN WDB2093422F166073, and including License Plate "EVIL" ("Vehicle 6").

7. 2009 Black Mercedes Benz ML63 AMG, VIN WDC1641772A486965, and including License Plate "MAFIA" ("Vehicle 7").

8. 1957 Black Cadillac El Dorado, YIN 5770137596 ("Vehicle 8").

2



9. 1959 Pink Cadillac Series 62 Convertible, VIN 59F115669 ("Vehicle 9").

10. 2010 Black Mercedes Benz S65 AMG, VIN WDD2211792A324354, and including License Plate "CEO" ("Vehicle 10").

11. 2010 Black Mercedes Benz CL65 AMG, VIN WDD2163792A025130, and including License Plate "KIMCOM" ("Vehicle 11").

12. 2008 Black Rolls Royce Phantom Coupe, VIN SCA2D68098UH07049, and including License Plate "GOD" ("Vehicle 12").

13. 2011 Black Mercedes Benz G55 AMG, YIN WDB4632702X193395, and including License Plate "POLICE" ("Vehicle 13").

14. 2010 Black Toyota Vellfire V6, VIN 7ATOH65MX11041670, and including License Plate "WOW" ("Vehicle 14").

15. 2011 Mercedes Benz G55 AMG, VIN WDB4632702X191902, and including License Plate "GDS672" ("Vehicle 15").

16. 2004 Silver Mercedes Benz CLK DTM Cabriolet, VIN WDB2094421T067269 ("Vehicle 16").

E. **Proceeds from November 2012 Auction of Vehicles**

1. All funds deposited into the Official Assignee's trust account from the sale of a 2010 Black Mini Cooper S Coupe, VIN WMWZG3200TZ03648, and including License Plate "T" in a November 2012 auction ("Proceeds from the Sale of Vehicle 17").

2. All funds deposited into the Official Assignee's trust account from the sale of a 2010 Black Mini Cooper S Coupe, YIN WMWZG3200TZ03651, and including License Plate "V" in a November 2012 auction ("Proceeds from the Sale of Vehicle 18").

3. All funds deposited into the Official Assignee's trust account from the sale of a 2010 Mercedes Benz ML63 AMG, VIN WDC1641772A542449, and including License Plate "GUILTY" ("Proceeds from the Sale of Vehicle 19").

4. All funds deposited into the Official Assignee's trust account from the sale of a 2010 Black Mercedes Benz AMG, YIN WDD2120772A103834, and including License Plate "STONED" ("Proceeds from the Sale of Vehicle 20").

3



F.  **Miscellaneous**

    1.  Four 2010 Sea-Doo GTX Jet Skis, VINS YDV03103E010, YDV00375L910, YDV00385L910, & YDV03091E010 (the "Four Jet Skis").

    2.  Sharp 108" LCD Display Television (the "Sharp TV").

    3.  Three Samsung 820DXN 82" LCD Televisions (the "Three Samsung TVs").

    4.  Devon Works LLC, Tread #1 Time Piece (the "Time Piece").

    5.  In High Spirits by Olaf Mueller Photographs from the Cat Street Gallery (the "Artwork").

## II.  KIM DOTCOM'S INTEREST IN THE PROPERTY

A.  **Bank Accounts**

    1.  I am the rightful owner of all the funds in the Citi 8921 account because I opened the account under my name and I have maintained and operated the account since under my name. *See* Verified Complaint For Forfeiture *In Rem*, dated July 29, 2014 ("Compl."), ¶47.

    2.  I am the rightful owner of all the funds in the Citi 8948 account because I opened the account under my name and I have maintained and operated the account since under my name. *Id.*, at ¶49.

    3.  I am the rightful owner of all the funds in the Citi 9938 account because I opened the account under my name and I have maintained and operated the account since under my name. *Id.*, at ¶51.

    4.  I am the rightful owner of all the funds in the ASB account because I opened the account under my name and I have maintained and operated the account since under my name. *Id.*, at ¶77.

    5.  I am the rightful owner of all the funds in the Westpac account because I opened the account under my name and I have maintained and operated the account since under my name. *Id.*, at ¶76.

B.  **Financial Instrument**

    1.  I am the rightful owner of all the assets in the Computershare account because I opened the account under my name and I have maintained and operated the account since under my name. *Id.*, at ¶71.

4

C. **Real Estate Properties**

1. I am the rightful owner to Property 1 because I have the legal title to the property; and I was in possession of the property until it was seized in 2012.

2. I am the rightful owner to Property 2 because I have the legal title to the property; and I was in possession of the property until it was seized in 2012.

D. **Vehicles**

1. I am the rightful owner of Vehicle 1 because: (i) I paid for the purchase of this vehicle; (ii) I was responsible for the insurance coverage, maintenance and repairs; (iii) I was in possession of this vehicle when it was seized in 2012; and (iv) I maintained control over the keys to this vehicle. *Id.*, at ¶75(a).

2. I am the rightful owner of Vehicle 2 because: (i) I paid for the purchase of this vehicle; (ii) I was responsible for the insurance coverage, maintenance and repairs; (iii) I was in possession of this vehicle when it was seized in 2012; and (iv) I maintained control over the keys to this vehicle. *Id.*, at ¶75(b).

3. I am the rightful owner of Vehicle 3 because: (i) I paid for the purchase of this vehicle; (ii) I was responsible for the insurance coverage, maintenance and repairs; (iii) I was in possession of this vehicle when it was seized in 2012; and (iv) I maintained control over the keys to this vehicle. *Id.*, at ¶75(e).

4. I am the rightful owner of Vehicle 4 because: (i) I paid for the purchase of this vehicle; (ii) I was responsible for the insurance coverage, maintenance and repairs; (iii) I was in possession of this vehicle when it was seized in 2012; and (iv) I maintained control over the keys to this vehicle. *Id.*, at ¶75(f).

5. I am the rightful owner of Vehicle 5 because: (i) I paid for the purchase of this vehicle; (ii) I was responsible for the insurance coverage, maintenance and repairs; (iii) I was in possession of this vehicle when it was seized in 2012; and (iv) I maintained control over the keys to this vehicle. *Id.*, at ¶75(g).

6. I am the rightful owner of Vehicle 6 because: (i) I paid for the purchase of this vehicle; (ii) I was responsible for the insurance coverage, maintenance and repairs; (iii) I was in possession of this vehicle when it was seized in 2012; and (iv) I maintained control over the keys to this vehicle. *Id.*, at ¶77(b)



7. I am the rightful owner of Vehicle 7 because: (i) I paid for the purchase of this vehicle; (ii) I was responsible for the insurance coverage, maintenance and repairs; (iii) I was in possession of this vehicle when it was seized in 2012; and (iv) I maintained control over the keys to this vehicle. *Id.*, at ¶77(d)

8. I am the rightful owner of Vehicle 8 because: (i) I paid for the purchase of this vehicle; (ii) I was responsible for the insurance coverage, maintenance and repairs; (iii) I was in possession of this vehicle when it was seized in 2012; and (iv) I maintained control over the keys to this vehicle. *Id.*, at ¶77(e)

9. I am the rightful owner of Vehicle 9 because: (i) I paid for the purchase of this vehicle; (ii) I was responsible for the insurance coverage, maintenance and repairs; (iii) I was in possession of this vehicle when it was seized in 2012; and (iv) I maintained control over the keys to this vehicle. *Id.*, at ¶77(f)

10. I am the rightful owner of Vehicle 10 because: (i) I paid for the purchase of this vehicle; (ii) I was responsible for the insurance coverage, maintenance and repairs; (iii) I was in possession of this vehicle when it was seized in 2012; and (iv) I maintained control over the keys to this vehicle. *Id.*, at ¶77(g).

11. I am the rightful owner of Vehicle 11 because: (i) I paid for the purchase of this vehicle; (ii) I was responsible for the insurance coverage, maintenance and repairs; (iii) I was in possession of this vehicle when it was seized in 2012; and (iv) I maintained control over the keys to this vehicle. *Id.*, at ¶77(h).

12. I am the rightful owner of Vehicle 12 because: (i) I paid for the purchase of this vehicle; (ii) I was responsible for the insurance coverage, maintenance and repairs; (iii) I was in possession of this vehicle when it was seized in 2012; and (iv) I maintained control over the keys to this vehicle. *Id.*, at ¶77(a).

13. I am the rightful owner of Vehicle 13 because: (i) I paid for the purchase of this vehicle; (ii) I was responsible for the insurance coverage, maintenance and repairs; (iii) I was in possession of this vehicle when it was seized in 2012; and (iv) I maintained control over the keys to this vehicle. *Id.*, at ¶78(a)

14. I am the rightful owner of Vehicle 14 because: (i) I paid for the purchase of this vehicle; (ii) I was responsible for the insurance coverage, maintenance and repairs; (iii) I was in possession of this vehicle when it was seized in 2012; and (iv) I maintained control over the keys to this vehicle. *Id.*, at ¶79.



15. I am the rightful owner of Vehicle 15 because: (i) I paid for the purchase of this vehicle; (ii) I was responsible for the insurance coverage, maintenance and repairs; (iii) I was in possession of this vehicle when it was seized in 2012; and (iv) I maintained control over the keys to this vehicle. *Id.*, at ¶80.

16. I am the rightful owner of Vehicle 16 because: (i) I paid for the purchase of this vehicle; (ii) I was responsible for the insurance coverage, maintenance and repairs; (iii) I was in possession of this vehicle when it was seized in 2012; and (iv) I maintained control over the keys to this vehicle. *Id.*, at ¶75(h).

E. **Proceeds from November 2012 Auction of Vehicles**

1. I am the rightful owner of the Proceeds from the Sale of Vehicle 17 because: (i) I paid for the purchase of this vehicle; (ii) I was responsible for the insurance coverage, maintenance and repairs; (iii) I was in possession of this vehicle when it was seized in 2012; and (iv) I maintained control over the keys to this vehicle. *Id.*, at ¶75(c).

2. I am the rightful owner of the Proceeds from the Sale of Vehicle 18 because: (i) I paid for the purchase of this vehicle; (ii) I was responsible for the insurance coverage, maintenance and repairs; (iii) I was in possession of this vehicle when it was seized in 2012; and (iv) I maintained control over the keys to this vehicle. *Id.*

3. I am the rightful owner of the Proceeds from the Sale of Vehicle 19 because: (i) I paid for the purchase of this vehicle; (ii) I was responsible for insurance coverage, maintenance and repairs; (iii) I was in possession of this vehicle when it was seized in 2012; and (iv) I maintained control over the keys to this vehicle. *Id.*, at ¶75(d).

4. I am the rightful owner of the Proceeds from the Sale of Vehicle 20 because: (i) I paid for the purchase of this vehicle; (ii) I was responsible for the insurance coverage, maintenance and repairs; (iii) I was in possession of this vehicle when it was seized in 2012; and (iv) I maintained control over the keys to this vehicle. *Id.*, at ¶77(c)

F. **Miscellaneous**

1. I am the rightful owner of the Four Jet Skis because I purchased them and have maintained, operated, and possessed these jet skis until they were seized in 2012. *Id.*, at ¶75(i).

2. I am the rightful owner of the Sharp TV because I purchased it and have maintained, operated, and possessed it until it was seized in 2012. *Id.*, at ¶83.

3. I am the rightful owner of the Three Samsung TVs because I purchased them and have maintained, operated, and possessed these televisions until they were seized in 2012. *Id.*, at ¶84.

4. I am the rightful owner of the Time Piece because I purchased it and have maintained and possessed it until it was seized in 2012. *Id.*, at ¶85.

5. I am the rightful owner of the Artwork because I purchased it and have possessed it until it was seized in 2012. *Id.*, at ¶86.



## VERIFICATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 28, 2014, pursuant to 28 U.S.C. §1746(1).

_____

(Kim Dotcom)

Dated:  August 28, 2014                                  Respectfully submitted,

/s/ Craig C. Reilly
Craig C. Reilly, Esq. (VSB # 20942)
111 Oronoco Street
Alexandria, Virginia 22314
TEL (703) 549-5354
FAX (703) 549-5355 (NEW)
craig.reilly@ccreillylaw.com
*Counsel for Claimant*

*Of Counsel for Claimant:*

Ira P. Rothken (*pro hac vice* pending)
Jared R. Smith (*pro hac vice* pending)
ROTHKEN LAW FIRM
3 Hamilton Landing
Suite 280
Novato, CA 94949
TEL (415) 924-4250
FAX (415) 924-2905
ira@techfirm.net
jared@techfirm.net

William A. Burck (*pro hac vice* pending)
Juan P. Morillo (*pro hac vice* pending)
John M. Neukom (*pro hac vice* pending)
QUINN EMANUEL URQUHART & SULLIVAN LLP
777 6th Street NW, Suite 1100
Washington, D.C. 20001
TEL (202) 538-8000
FAX (202) 538-8100
williamburck@quinnemanuel.com
juanmorillo@quinnemanuel.com
johnneukom@quinnemanuel.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 28, 2014, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users:

           Dana J. Boente
           UNITED STATES ATTORNEY
           Karen Ledbetter Taylor
           ASSISTANT UNITED STATES ATTORNEY
           United States Attorney's Office
           Justin W. Williams U .S. Attorney's Building
           2100 Jamieson Avenue
           Alexandria, Virginia 22304
           Karen.Taylor2@usdoj.gov
           *Attorneys for the United States*

           /s/ Craig C. Reilly
           Craig C. Reilly, Esq. (VSB # 20942)
           111 Oronoco Street
           Alexandria, Virginia 22314
           TEL (703) 549-5354
           FAX (703) 549-5355 (NEW)
           craig.reilly@ccreillylaw.com
           *Counsel for Claimant*