IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALL ASSETS LISTED IN ATTACHMENT A, AND ALL INTEREST, BENEFITS, AND ASSETS TRACEABLE THERETO,<br><br>    Defendants *in Rem*. | Civil Action No.: 1:14-cv-000969-LO-TRJ |

## VERIFIED CLAIM OF MONA DOTCOM

Mona Dotcom (the "Claimant") hereby files this Verified Claim pursuant to Rule 5(G)(a) of the Supplemental Admiralty and Maritime Claims (the "Supplemental Rules") and Title 18 U.S.C. Section 983(a)(4).

Pursuant to Rule E(8) of the Supplemental Rules, Actions In Rem and Quasi In Rem General Provisions, I appear before this Court for the limited purpose of asserting a claim in the captioned-above *in rem* action initiated by the Government. My appearance does not constitute an appearance for the purpose of any other claim or consent to the jurisdiction of this court or any other court. I make the below property claims based on the legal advice of my marital property counsel in New Zealand and my understanding of applicable marital property laws.

**SPECIFIC PROPERTY CLAIMED**

- **Bank Accounts**

    1. All funds in account number 59378921, at Citibank in Hong Kong (the "Citi 8921 account").

    2. All funds in account number 59378948, at Citibank in Hong Kong (the "Citi 8948 account").

    3. All funds in account number 23749938, at Citibank in Hong Kong (the "Citi 9938 account").

    4. All funds in account number 123107006652100, at ASB Bank Limited in New Zealand (the "ASB account").

    5. All funds in account number 0301040943847002, at Westpac Banking in New Zealand (the "Westpac account").

- **Financial Instrument**

1. All assets held in holder number 14824385, at Computershare Investor Services Limited (the "Computershare account").

**Real Estate Properties**

1. The property at 5G The Prom, Coatesville, Auckland 0793, New Zealand, being all that parcel of land on Certificate of Title number 341889 ("Property 1").

2. The property at 5H The Prom, Coatesville, Auckland 0793, New Zealand, being all that parcel of land on Certificate of Title number 341890 on Deposit Plan 385357 ("Property 2).

**Vehicles**

1. 2009 Calcite White Mercedes Benz E500 Coupe, VIN WDD2073722F019582, and including License Plate "FEG690" ("Vehicle 1").

2. 2005 Silver Mercedes Benz CLK DTM, VIN WDB2093422F165517, and including License Plate "GOOD" ("Vehicle 2").

3. 2011 Black Toyota Hilux, VIN MROFZ29G001599926, and including License Plate "FSN455" ("Vehicle 3").

4. 2010 Black Mercedes Benz CL63 AMG, YIN WDD2163742A026653, and including License Plate "HACKER" ("Vehicle 4").

5. Victor Conti Dutch Angel — Bike, NZ ID# 546420 ("Vehicle 5").

6. 2004 Silver Mercedes Benz CLK DTM AMG 5.5L Kompressor, YIN WDB2093422F166073, and including License Plate "EVIL" ("Vehicle 6").

7. 2009 Black Mercedes Benz ML63 AMG, VIN WDC1641772A486965, and including License Plate "MAFIA" ("Vehicle 7").

8. 1957 Black Cadillac El Dorado, YIN 5770137596 ("Vehicle 8").

9. 1959 Pink Cadillac Series 62 Convertible, VIN 59F115669 ("Vehicle 9").

10. 2010 Black Mercedes Benz S65 AMG, VIN WDD2211792A324354, and including License Plate "CEO" ("Vehicle 10").

11. 2010 Black Mercedes Benz CL65 AMG, VIN WDD2163792A025130, and including License Plate "KIMCOM" ("Vehicle 11").

12. 2008 Black Rolls Royce Phantom Coupe, VIN SCA2D68098UH07049, and including License Plate "GOD" ("Vehicle 12").

13. 2011 Black Mercedes Benz G55 AMG, YIN WDB4632702X193395, and including License Plate "POLICE" ("Vehicle 13").

14. 2010 Black Toyota Vellfire V6, VIN 7ATOH65MX11041670, and including License Plate "WOW" ("Vehicle 14").

15. 2011 Mercedes Benz G55 AMG, VIN WDB4632702X191902, and including License Plate "GDS672" ("Vehicle 15").

16. 2004 Silver Mercedes Benz CLK DTM Cabriolet, VIN WDB2094421T067269 ("Vehicle 16").

### Proceeds from November 2012 Auction of Vehicles

1. All funds deposited into the Official Assignee's trust account from the sale of a 2010 Black Mini Cooper S Coupe, VIN WMWZG3200TZ03648, and including License Plate "T" in a November 2012 auction ("Proceeds from the Sale of Vehicle 17").

2. All funds deposited into the Official Assignee's trust account from the sale of a 2010 Black Mini Cooper S Coupe, YIN WMWZG3200TZ03651, and including License Plate "V" in a November 2012 auction ("Proceeds from the Sale of Vehicle 18").

3. All funds deposited into the Official Assignee's trust account from the sale of a 2010 Mercedes Benz ML63 AMG, VIN WDC1641772A542449, and including License Plate "GUILTY" ("Proceeds from the Sale of Vehicle 19").

4. All funds deposited into the Official Assignee's trust account from the sale of a 2010 Black Mercedes Benz AMG, YIN WDD2120772A103834, and including License Plate "STONED" ("Proceeds from the Sale of Vehicle 20").

### Miscellaneous

1. Four 2010 Sea-Doo GTX Jet Skis, VINS YDV03103E010, YDV00375L910, YDV00385L910, & YDV03091E010 (the "Four Jet Skis").

2. Sharp 108" LCD Display Television (the "Sharp TV").

3. Three Samsung 820DXN 82" LCD Televisions (the "Three Samsung TVs").

4. Devon Works LLC, Tread #1 Time Piece (the "Time Piece").

5. In High Spirits by Olaf Mueller Photographs from the Cat Street Gallery (the "Artwork").

## MONA DOTCOM'S INTEREST IN THE PROPERTY

### Bank Accounts

1. I have a 50% marital interest in all the funds in the Citi 8921 account as the spouse of the owner, Kim Dotcom. *See* Verified Complaint For Forfeiture *In Rem*, dated July 29, 2014 ("Compl."), ¶47.

2. I have a 50% marital interest in all the funds in the Citi 8948 account as

the spouse of the owner, Kim Dotcom. *Id.*, at ¶49.

3. I have a 50% marital interest in all the funds in the Citi 9938 account as the spouse of the owner, Kim Dotcom. *Id.*, at ¶51.

4. I have a 50% marital interest in all the funds in the ASB account because I as the spouse of the owner, Kim Dotcom. *Id.*, at ¶77.

5. I have a 50% marital interest in all the funds in the Westpac account as the spouse of the owner, Kim Dotcom. *Id.*, at ¶76.

**Financial Instrument**

1. I have a 50% marital interest in all the assets in the Computershare account as the spouse of the owner, Kim Dotcom. *Id.*, at ¶71.

**Real Estate Properties**

1. I have a 50% marital interest in Property 1 as the spouse of the owner, Kim Dotcom.

2. I have a 50% marital interest in Property 2 as the spouse of the owner, Kim Dotcom.

**Vehicles**

1. I have a 50% marital interest in Vehicle 1 as the spouse of the owner, Kim Dotcom. *Id.*, at ¶75(a).

2. I have a 50% marital interest in Vehicle 2 because: (i) I paid for the purchase of this vehicle; (ii) I was as the spouse of the owner, Kim Dotcom. *Id.*, at ¶75(b).

3. I have a 50% marital interest in Vehicle 3 as the spouse of the owner, Kim Dotcom. *Id.*, at ¶75(e).

4. I have a 50% marital interest in Vehicle 4 as the spouse of the owner, Kim Dotcom. *Id.*, at ¶75(f).

5. I have a 50% marital interest in Vehicle 5 as the spouse of the owner, Kim Dotcom. *Id.*, at ¶75(g).

6. I have a 50% marital interest in Vehicle 6 as the spouse of the owner, Kim Dotcom. *Id.*, at ¶77(b)

7. I have a 50% marital interest in Vehicle 7 as the spouse of the owner, Kim Dotcom. *Id.*, at ¶77(d).

8. I have a 50% marital interest in Vehicle 8 as the spouse of the owner, Kim Dotcom. *Id.*, at ¶77(e).

9. I have a 50% marital interest in Vehicle 9 as the spouse of the owner, Kim Dotcom. *Id.*, at ¶77(f).

10. I have a 50% marital interest in Vehicle 10 as the spouse of the owner, Kim Dotcom. *Id.*, at ¶77(g).

11. I have a 50% marital interest in Vehicle 11 as the spouse of the owner, Kim Dotcom. *Id.*, at ¶77(h).

12. I have a 50% marital interest in Vehicle 12 as the spouse of the owner, Kim Dotcom. *Id.*, at ¶77(a).

13. I have a 50% marital interest in Vehicle 13 as the spouse of the owner, Kim Dotcom. *Id.*, at ¶78(a)

14. I have a 50% marital interest in Vehicle 14 as the spouse of the owner, Kim Dotcom. *Id.*, at ¶79.

15. I have a 50% marital interest in Vehicle 15 as the spouse of the owner, Kim Dotcom. *Id.*, at ¶80.

16. I have a 50% marital interest in Vehicle 16 as the spouse of the owner, Kim Dotcom. *Id.*, at ¶75(h).

**Proceeds from November 2012 Auction of Vehicles**

1. I have a 50% marital interest in the Proceeds from the Sale of Vehicle 17 as the spouse of the owner, Kim Dotcom. *Id.*, at ¶75(c).

2. I have a 50% marital interest in the Proceeds from the Sale of Vehicle 18 as the spouse of the owner, Kim Dotcom. *Id.*

3. I have a 50% marital interest in the Proceeds from the Sale of Vehicle 19 as the spouse of the owner, Kim Dotcom. *Id.*, at ¶75(d).

4. I have a 50% marital interest in the Proceeds from the Sale of Vehicle 20 as the spouse of the owner, Kim Dotcom. *Id.*, at ¶77(c)

**Miscellaneous**

1. I have a 50% marital interest in the Four Jet Skis as the spouse of the owner, Kim Dotcom. *Id.*, at ¶75(i).

2. I have a 50% marital interest in the Sharp TV as the spouse of the owner, Kim Dotcom. *Id.*, at ¶83.

3. I have a 50% marital interest in the Three Samsung TVs as the spouse of the owner, Kim Dotcom. *Id.*, at ¶84.

4. I have a 50% marital interest in the Time Piece as the spouse of the owner, Kim Dotcom. *Id.*, at ¶85.

5. I have a 50% marital interest in the Artwork as the spouse of the owner, Kim Dotcom. *Id.*, at ¶86.

## VERIFICATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 29, 2014, pursuant to 28 U.S.C. §1746(1).

_____
(Mona Dotcom)

1

Dated:  September 1, 2014                    Respectfully submitted,

/s/ Craig C. Reilly
Craig C. Reilly, Esq. (VSB # 20942)
111 Oronoco Street
Alexandria, Virginia 22314
TEL (703) 549-5354
FAX (703) 549-5355 (NEW)
craig.reilly@ccreillylaw.com
*Counsel for Claimant*

### CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2014, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users:

Dana J. Boente
UNITED STATES ATTORNEY
Karen Ledbetter Taylor
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22304
Karen.Taylor2@usdoj.gov
*Attorneys for the United States*

/s/ Craig C. Reilly
Craig C. Reilly, Esq. (VSB # 20942)
111 Oronoco Street
Alexandria, Virginia 22314
TEL (703) 549-5354
FAX (703) 549-5355 (NEW)
craig.reilly@ccreillylaw.com
*Counsel for Claimant*