IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALL ASSETS LISTED IN ATTACHMENT A, AND ALL INTEREST, BENEFITS, AND ASSETS TRACEABLE THERETO,<br><br>Defendants *in Rem*. | Civil Action No.: 1:14-cv-969<br><br>The Honorable Liam O'Grady |

## ORDER

Before the Court are Claimants' Motion to Dismiss and/or Stay the Verified Complaint for Forfeiture *in Rem* with supporting memorandum (Dkt. Nos. 19 & 20), and the United States' Motion to Set Briefing Schedule and Reset Hearing (Dkt. No. 22). The Court has considered the pleadings, and it is now ORDERED:

1. Claimants must file answers to the special interrogatories no later than October 24, 2014;

2. The government may file a response to the claimants' motion to dismiss no later than November 17, 2014;

3. Claimants may file a reply no later than November 24, 2014;

4. The November 7, 2014 hearing is canceled, and the Court will notify the parties if a hearing on the motion is necessary.

Pursuant to Rule 6(d) and Supplemental Rule G(6)(c) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, in the event claimants fail to answer the special interrogatories by October 24, 2014, the government's deadline to respond to the claimants' motion to dismiss shall be extended until

24 days after service of the answers. In the event claimants answer earlier, the above schedule shall be maintained.

In the event the government moves to strike some or all of the existing claims pursuant to Supplemental Rule G(8)(c), on or before the date the government's response to the motion to dismiss is due, the Court will resolve that motion prior to the claimants' motion to dismiss. The government's deadline to respond to the motion to dismiss shall be vacated, and the Court will set a new briefing schedule at that time that resolves the motion to strike prior to the claimants' motion to dismiss.

October 21, 2014

Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge