UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                    )<br>        *Plaintiff*,   )<br>                                    )<br>v.                                     )<br>                                    )<br>ALL ASSETS LISTED IN ATTACHMENT A, *etc*., )<br>                                    )<br>       *Defendants in Rem*.   )<br>                                    ) | No. 1:14cv969<br>(LO / TRJ) |

**OBJECTIONS AND RESPONSES OF CLAIMANT**
**TO THE SPECIAL INTERROGATORIES**

PURSUANT TO RULES 26 and Supplemental Rule G(6)(b) of the Federal Rules of Civil Procedure, Claimant Sven Echternach objects and responds to the Special Interrogatories as follows:

**OBJECTIONS TO INSTRUCTIONS AND DEFINITIONS**

Claimant objects to Instructions A and E, which, in part, purport to invade protected work product and privileged attorney-client communications. Claimant objects to Instruction A (final sentence) and Instructions B and C, which purport to alter or abridge Claimant's obligations and rights under the Rules.

**SPECIFIC OBJECTIONS AND ANSWERS**

1. State your current and all prior names, including aliases or nicknames, date and place of birth, all driver's license numbers, all passport numbers and countries of issue, current address, and all addresses for the last five (5) years. For each address, please list the inclusive months and years you or your spouse lived at each address.

OBJECTION: Under Supplemental Rule G(6)(a), special interrogatories are "limited to the claimant's identity and relationship to the defendant property." This special interrogatory exceeds that limited scope, and Claimant will only provide his name and current address.

RESPONSE:  Sven Echternach, Freiherr-vom-Stein-Str.46, 60323 Frankfurt, Germany.

2. If you have ever been arrested or convicted of a crime in any country, please state the date of the arrest or conviction, the charges, the name and address of the court in which you were convicted, the offense you were charged with or were convicted of, and the sentence or other outcome.

OBJECTION: Under Supplemental Rule G(6)(a), special interrogatories are "limited to the claimant's identity and relationship to the defendant property." This special interrogatory exceeds that limited scope, and Claimant will not respond.

RESPONSE:   No response is being made.

3. In your claim dated August 28, 2014, you state under penalty of perjury that you are the "owner" of all funds in the HSBC 7833 account because you opened the account under your name and have maintained and operated the account. Please state the source of the funds in the HSBC account.

OBJECTION:  Under Supplemental Rule G(6)(a), special interrogatories are "limited to the claimant's identity and relationship to the defendant property." This special interrogatory exceeds that limited scope.

RESPONSE:    Subject to my objection—as stated in my claim, I am the owner of the account, and I am the owner of all funds deposited therein.

4. State whether you have been indicted in the United States and if so, state the offense/offenses for which you were indicted, the date of the indictment and the district in which you were indicted.

2

OBJECTION: Under Supplemental Rule G(6)(a), special interrogatories are "limited to the claimant's identity and relationship to the defendant property." This special interrogatory exceeds that limited scope, and Claimant will not respond.

RESPONSE: No response is being made.

5. State whether or not you have agreed to come to the United States to stand trial for any offense/offenses for which you were indicted in the United States.

OBJECTION: Under Supplemental Rule G(6)(a), special interrogatories are "limited to the claimant's identity and relationship to the defendant property." This special interrogatory exceeds that limited scope, and Claimant will not respond.

RESPONSE: No response is being made.

6. State whether or not you are currently confined or held in custody in any jurisdiction.

OBJECTION: Under Supplemental Rule G(6)(a), special interrogatories are "limited to the claimant's identity and relationship to the defendant property." This special interrogatory exceeds that limited scope, and Claimant will not respond.

RESPONSE: No response is being made.

## VERIFICATION

I declare under penalty of perjury of the laws of the United States that the foregoing responses are true and correct.

EXECUTED this 23-rd day of October 2014.

_____
SVEN ECHTERNACH

3

Dated:  October 24, 2014                                Respectfully submitted,

/s/ Craig C. Reilly
Craig C. Reilly, Esq. (VSB #20942)
111 Oronoco Street
Alexandria, Virginia 22314
TEL (703) 549-5354
FAX (703) 549-2604
craig.reilly@ccreillylaw.com
*Counsel for Claimants*

/s/ David B. Smith
David B. Smith, Esq. (VSB #25930)
Smith & Zimmerman, PLLC
108 North Alfred Street
Alexandria, Virginia 22314
TEL (703) 548-8911
FAX (703) 548-8935
dsmith@smithzimmerman.com
*Local Counsel for Claimant Echternach*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2014, the foregoing was served electronically on the following counsel of record:

> Dana J. Boente, UNITED STATES ATTORNEY
> AUSA Jay V. Prabhu (Jay.prabhu@usdoj.gov)
> AUSA Karen Ledbetter Taylor (Karen.Taylor2@usdoj.gov)
> SAUSA Allison Ickovic (Allison.b.ickovic@usdoj.gov)
> United States Attorney's Office
> Justin W. Williams U.S. Attorney's Building
> 2100 Jamieson Avenue
> Alexandria, Virginia 22304
> *Attorneys for the United States*
>
> Ira P. Rothken (*pro hac vice*) (ira@techfirm.net)
> Jared R. Smith (*pro hac vice*) (jared@techfirm.net)
> ROTHKEN LAW FIRM
> 3 Hamilton Landing, Suite 280
> Novato, CA 94949
>
> William A. Burck (*pro hac vice*) (williamburck@quinnemanuel.com)
> Derek L. Shaffer (*pro hac vice*) (derekshaffer@quinnemanuel.com)
> Stephen M. Hauss (*pro hac vice*) (stephenhauss@quinnemanuel.com)
> QUINN EMANUEL URQUHART & SULLIVAN LLP
> 777 6th Street NW, Suite 1100
> Washington, D.C. 20001
>
> Craig C. Reilly (craig.reilly@ccreillylaw.com)
> 111 Oronoco Street
> Alexandria, Virginia 22314

> /s/ David B. Smith
> David B. Smith, Esq. (VSB #25930)
> Smith & Zimmerman, PLLC
> 108 North Alfred Street
> Alexandria, Virginia 22314
> TEL (703) 548-8911
> FAX (703) 548-8935
> dsmith@smithzimmerman.com
> *Local Counsel for Claimant Echternach*