IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:14-cv-969 |
| | ) | |
| ALL ASSETS LISTED IN ATTACHMENT A, | ) | |
| AND ALL INTEREST, BENEFITS, | ) | |
| AND ASSETS TRACEABLE THERETO, | ) | |
| | ) | |
| Defendants *in Rem* | ) | |

**NOTICE OF PUBLICATIONS**

Notice of Civil Forfeiture was published twice for 30 consecutive days each on an official Government Internet site (www.forfeiture.gov), beginning on September 13, 2014, and October 7, 2014, as evidenced by the attached Declaration of Publications.

Respectfully submitted,

Dana J. Boente
United States Attorney

By: /s/
Karen Ledbetter Taylor
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia   22314
Office Number: (703) 299-3700
Facsimile Number: (703) 299-3982
E-mail Address: Karen.Taylor2@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 7th day of November 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

By: /s/
_____
Karen Ledbetter Taylor
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia   22314
Office Number: (703) 299-3700
Facsimile Number: (703) 299-3982
E-mail Address: <u>Karen.Taylor2@usdoj.gov</u>