UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|         *Plaintiff*, ) | |
| ) | |
| v. ) | No. 1:14cv969 |
| ) | (LO / TRJ) |
| ALL ASSETS LISTED IN ATTACHMENT A, *etc.*, ) | |
|         *Defendants in Rem*. ) | |
| ) | |

**NOTICE OF FILING**

Claimant Sven Echternach submits the attached *Declaration of Klaus G. Walter*, a German attorney who is advising Claimant Echternach regarding the criminal investigation proceedings in Germany stemming from the related criminal action pending in this Court involving megauplad.com. This declaration has just become available and should be received as part of the record in this action—in particular, it should be considered in connection with the pending motion to strike that will be heard on January 16, 2015.

Dated: January 13, 2015                             Respectfully submitted,
                                                                    /s/ Craig C. Reilly
                                                                      Craig C. Reilly, Esq. (VSB # 20942)
                                                                      111 Oronoco Street
                                                                      Alexandria, Virginia 22314
                                                                      TEL (703) 549-5354
                                                                      FAX (703) 549-2604
                                                                      craig.reilly@ccreillylaw.com
                                                                      *Counsel for Claimants*

*Local Counsel for Claimants Julius Bencko*
     *and Sven Echternacht:*
David B. Smith
SMITH & ZIMMERMAN, PLLC
108 North Alfred Street
Alexandria, Virginia 22314
TEL (703) 548-8911
FAX (703) 548-8935
dsmith@smithzimmerman.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2015, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users, including:

> Dana J. Boente
> UNITED STATES ATTORNEY
> Karen Ledbetter Taylor
> ASSISTANT UNITED STATES ATTORNEY
> United States Attorney's Office
> Justin W. Williams U.S. Attorney's Building
> 2100 Jamieson Avenue
> Alexandria, Virginia 22304
> Karen.Taylor2@usdoj.gov
> *Attorneys for the United States*

>           /s/ Craig C. Reilly
> Craig C. Reilly, Esq. (VSB # 20942)
> 111 Oronoco Street
> Alexandria, Virginia 22314
> TEL (703) 549-5354
> FAX (703) 549-5355 (NEW)
> craig.reilly@ccreillylaw.com
> *Counsel for Claimants*