Case 1:14-cv-00969-LO-TRJ   Document 82   Filed 02/27/15   Page 1 of 1 PageID# 2959



FILED
FEB 27 2015
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA, )
    Plaintiff, )
)
-v- ) Civil No. 1:14-cv-969
)
) Hon. Liam O'Grady
ALL ASSETS LISTED IN ATTACHMENT A, AND )
ALL INTEREST, BENEFITS, AND ASSETS )
TRACEABLE THERETO, )
    Defendants *in rem*. )

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the court hereby ORDERS that the government's motion to strike (Dkt. No. 39) is GRANTED and all claimants are disentitled from litigating the civil forfeiture complaint pursuant to 28 U.S.C. § 2466. Accordingly, the court hereby strikes and dismisses the claims of Finn Batato; Julius Bencko; Kim Dotcom; Sven Echternach; Bram van der Kolk; Mathias Ortmann; and Megaupload Limited, Megapay Limited, Megamedia Limited, Megastuff Limited, and Vestor Limited. (Dkt. Nos. 3-9). Because the court has disentitled the claimants, the court also strikes and denies their motion to dismiss the forfeiture complaint or in the alternative stay the forfeiture action. (Dkt. No. 19).[1]

/s/
Liam O'Grady
United States District Judge

Date: February 27, 2015
Alexandria, Virginia

---

[1] The motion to dismiss and/or stay the forfeiture action is not dismissed with respect to Mona Dotcom, a claimant who is also a party to that motion. The court has not yet ruled on the government's motion to strike Mona Dotcom's claim. (Dkt. No. 60).