IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ALL ASSETS LISTED IN ATTACHMENT A, AND ALL INTEREST, BENEFITS, AND ASSETS TRACEABLE THERETO, Defendants *in Rem*. | Civil Action No.: 1:14-cv-969 The Honorable Liam O'Grady |

**ORDER OF FORFEITURE
AS TO ASSETS IN HONG KONG**

WHEREAS, the Plaintiff filed a motion for default judgment, pursuant to Fed.R.Civ.P. 55(b)(2), and for an order of forfeiture as to certain assets in Hong Kong (Dkt. #96), pursuant to 18 U.S.C. § 981(a)(1)(C);[1]

AND WHEREAS, this Court ruled in an opinion of March 25, 2015, (Dkt. #101) that the government's motions for default judgment are granted.

---

[1] The forfeiture is based on 18 U.S.C. § 981(a)(1)(C), which authorizes forfeiture of property that is derived from proceeds traceable to any offense constituting specified unlawful activity. Section 1956(c)(7)(D) of Title 18, United States Code, defines "specified unlawful activity" and includes a violation of 18 U.S.C. § 2319. Section 2319 sets forth the penalties for a violation of 17 U.S.C. § 506(a)(1) which criminalizes copyright infringement.

Now deeming it proper so to do, IT IS ORDERED, ADJUDICATED and DECREED THAT:

1. The following property is forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), and all right, title, and interest of the former owners is now vested exclusively in the United States of America:

## BANK ACCOUNTS

All assets held in account number 7881380320, in the name of Megaupload Limited, at DBS Bank (Hong Kong) Limited in Hong Kong, and all interest, benefits, or assets traceable thereto;

All assets held in account number 59378921, in the name of Kim Tim Jim Vestor, at Citibank in Hong Kong, and all interest, benefits, or assets traceable thereto;

All assets held in account number 59378948, in the name of Kim Tim Jim Vestor, at Citibank in Hong Kong, and all interest, benefits, or assets traceable thereto;

All assets held in account number 23749938, in the name of Kim Tim Jim Vestor, at Citibank in Hong Kong, and all interest, benefits, or assets traceable thereto.

All assets held in account number 7883024440, in the name of Megapay Limited, at DBS Bank (Hong Kong) Limited in Hong Kong, and all interest, benefits, or assets traceable thereto;

All assets held in account number 7881226160, in the name of Vestor Limited, at DBS Bank (Hong Kong) Limited in Hong Kong, and all interest, benefits, or assets traceable thereto;

All assets held in account number 3520894, in the name of Megamedia Limited, at DBS Vickers (Hong Kong) Limited in Hong Kong, and all interest, benefits, or assets traceable thereto;

All assets held in account number 813010204833, in the name of Mathias Ortmann, at The Hongkong and Shanghai Banking Corporation Limited (HSBC) in Hong Kong, and all interest, benefits, or assets traceable thereto;

All assets held in account number 083643403833, in the name of Bram van der Kolk, at The Hongkong and Shanghai Banking Corporation Limited (HSBC) in Hong Kong, and all interest, benefits, or assets traceable thereto;

All assets held in account number 491538187833, in the name of Sven Echternach, at The Hongkong and Shanghai Banking Corporation Limited (HSBC) in Hong Kong, and all interest, benefits, or assets traceable thereto;

All assets held in account number 083643379833, in the name of Julius Bencko, at The Hongkong and Shanghai Banking Corporation Limited (HSBC) in Hong Kong, and all interest, benefits, or assets traceable thereto;

All assets held in account number 503584435833, in the name of Finn Batato, at The Hongkong and Shanghai Banking Corporation Limited (HSBC) in Hong Kong, and all interest, benefits, or assets traceable thereto;

All assets held in account number 954520008434, in the name of Mathias Ortmann, at Industrial and Commercial Bank of China (Asia) Limited (ICBC) in Hong Kong, and all interest, benefits, or assets traceable thereto.

2. The Attorney General or a designee shall seize and dispose of the defendant property in accordance with the law.

Alexandria, Virginia

Date: March 27, 2015.

/s/
Liam O'Grady
United States District Judge