**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Case No. 1:14-cv-969<br>ALL ASSETS LISTED IN )<br>ATTACHMENT A, AND ALL ) The Honorable Liam O'Grady<br>INTEREST, BENEFITS, AND ASSETS )<br>TRACEABLE THERETO, )<br>)<br>Defendants *in Rem*. ) | |

**AMENDED NOTICE OF APPEAL**

Notice is hereby given that Claimants[1] in the above-named action appeal to the United States Court of Appeals for the Fourth Circuit from the Orders and related Memorandum Opinions granting Plaintiff's motions to strike (Dkts. 81-82 (Feb. 27, 2015) & 90-91 (March 13, 2015)), and the Orders of forfeiture (Dkts. 104 (March 27, 2015) & 108 (April 7, 2015)) and related Memorandum Opinion (Dkt. 101 (March 25, 2015)) entered "as separate, final judgments" under Rule 54(b) (Dkts. 112-14 (April 14, 2015)), together with all underlying orders, rulings, and findings, without limitation.

This Amended Notice of Appeal reflects that this Court vacated its "previously entered order of forfeiture" in Dkt. 103 and "replace[d] the vacated order of forfeiture" with Dkt. 108. Dkt. 109. It also reflects that the Court certified the Orders of forfeiture "as separate, final judg-

---

[1] Claimants include Finn Batato, Bram Van Der Kolk, Julius Bencko, Mathias Ortmann, Sven Echternach, Kim Dotcom, Mona Dotcom, Megaupload Limited, Megapay Limited, Vestor Limited, Megamedia Limited, and Megastuff Limited.

ments" under Rule 54(b).  Dkt. 112; *see* Dkts. 113-14.  Claimants' appeal was previously docketed in the Fourth Circuit as Case No. 15-1360.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  April 22, 2015 | */s/ Craig C. Reilly* |
|  | Craig C. Reilly, Esq. (VSB # 20942) |
|  | 111 Oronoco Street |
|  | Alexandria, VA 22314 |
|  | (703) 549-5354 (phone) |
|  | (703) 549-5355 (fax) |
|  | craig.reilly@ccreillylaw.com |
|  | *Counsel for Claimants* |

Ira P. Rothken (*pro hac vice*)
Jared R. Smith (*pro hac vice*)
ROTHKEN LAW FIRM
3 Hamilton Landing, Suite 280
Novato, CA 94949
(415) 924-4250 (phone)
(415) 924-2905 (fax)
ira@techfirm.net
jared@techfirm.net
*Counsel for Claimants Kim Dotcom and Megaupload*

William A. Burck (*pro hac vice*)
Derek L. Shaffer (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN
777 6th Street NW, Suite 1100
Washington, DC 20001
(202) 538-8000 (phone)
(202) 538-8100 (fax)
williamburck@quinnemanuel.com
derekshaffer@quinnemanuel.com
*Counsel for Claimants Kim Dotcom and Megaupload*

David B. Smith
SMITH & ZIMMERMAN, PLLC
108 North Alfred Street
Alexandria, VA 22314
(703) 548-8911 (phone)
(703) 548-8935 (fax)
dsmith@smithzimmerman.com
*Counsel for Claimants Bencko and Echternach*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of April, 2015, I caused the foregoing Notice of Appeal to be electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to CM/ECF participants.

/s/ *Craig C. Reilly*
Craig C. Reilly, Esq. (VSB # 20942)
111 Oronoco Street
Alexandria, VA 22314
(703) 549-5354 (phone)
(703) 549-5355 (fax)
craig.reilly@ccreillylaw.com
*Counsel for Claimants*