FILED: August 12, 2016

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

———————————

No. 15-1360
(1:14-cv-00969-LO-MSN)

———————————

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

FINN BATATO; BRAM VAN DER KOLK; JULIUS BENCKO; MATHIAS
ORTMANN; SVEN ECHTERNACH; KIM DOTCOM; MEGAUPLOAD
LIMITED; MEGAPAY LIMITED; VESTOR LIMTED; MEGAMEDIA
LIMTED; MEGASTUFF LIMITED; MONA DOTCOM

       Claimants - Appellants

 and

ALL ASSETS LISTED IN ATTACHMENT A, AND ALL INTEREST,
BENEFITS, AND ASSETS TRACEABLE THERETO, in Rem

       Defendant

-------------------------------

CATO INSTITUTE; INSTITUTE FOR JUSTICE; NATIONAL ASSOCIATION
OF CRIMINAL DEFENSE LAWYERS

       Amici Supporting Appellant

---

J U D G M E N T

---

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK