IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    *Plaintiff*, )<br>    v. )<br>)<br>ALL ASSETS LISTED IN ATTACHMENT )<br>A, AND ALL INTEREST, BENEFITS, AND )<br>ASSETS TRACEABLE THERETO, )<br>)<br>    Defendants *in Rem*. )<br>) | Civil No. 1:14-cv-969<br><br>Hon. Liam O'Grady |

### ORDER

This matter comes before the Court on the United States' Motion to Strike Claim of Mona Dotcom as to Real Property Known as 5H the Prom, Coatesville, Auckland 0793, New Zealand (Dkt. 130). The Court heard oral arguments in a motion hearing held on May 11, 2018. For the reasons stated from the bench, and for good cause shown, the Court hereby **DENIES** the motion.

**IT IS SO ORDERED.**

May 11  2018
Alexandria, Virginia

_____
Liam O'Grady
United States District Judge